| | |
|---|---|
| Name | Brian J. Hembd |
| Bar # | 029817 |
| Firm | Husch Blackwell LLP |
| Address | 2415 East Camelback Road |
| | Suite 500 |
| | Phoenix, AZ 85016 |
| Telephone | 480.824.7890 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Beatriz Adame,

      Plaintiff,

      vs.

Pinnacle West Capital Corporation
Group Life and Medical Plan, et. al.

      Defendant.

**Case No.** 2:20-cv-00273-DLR

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of Express Scripts, Inc.
in compliance with the provisions of: *(check one)*

☑  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

- [ ] No such corporation.
- [✓] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

See Amended Exhibit A attached hereto_____ Relationship_____

- [ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

- [ ] Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __7th_____ day of __April_____, __2021_____.

Brian J. Hembd
_____
Counsel of Record

Certificate of Service:

I hereby certify that on this 7th day of April, 2021 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stanley R. Foreman Jr.     Lisa Counters
1822 W. Bonanza Dr.     4506 N 12th Street
Phoenix, Arizona 85085     Phoenix, AZ 85014-4246
Attorneys for Plaintiff

Joseph G. Adams
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Attorneys for Pinnacle

Melissa Baris (Appearing Pro Hac Vice)
Brian Hembd, AZ Bar No. 029817
HUSCH BLACKWELL LLP
2415 East Camelback Road
Suite 500
Phoenix, Arizona, 85016
Telephone:  480-824-7900
E-Mail: melissa.baris@huschblackwell.com
E-Mail: brian.hembd@huschblackwell.com

*Attorneys for Defendant Express Scripts, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Beatriz Adame, as mother of G.F. a minor child** ) | **Case No.  2:20-cv-00273-DLR** |
| ) | |
| **Plaintiff,** ) | |
| ) | **AMENDED EXHIBIT A TO CORPORATE** |
| **v.** ) | **DISCLOSURE STATEMENT** |
| ) | |
| **Pinnacle West Capital Corporation Group Life and Medical Plan; Express Scripts, Inc.,** ) | **Honorable Judge Douglas L. Rayes** |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Pursuant to Local Rule 7.1 of the United States District Court for the District of Arizona,

and Federal Rule of Civil Procedure 7.1, Counsel of record for Express Scripts, Inc. hereby

discloses the following amended organizational interests:

1.    Parent Company:  As of the 11ᵗʰ day of September 2020, Express Scripts Holding

Company's official name changed to Evernorth Health, Inc., making Express Scripts, Inc.

a wholly owned subsidiary of Evernorth Health, Inc. Evernorth Health, Inc., is wholly

1  owned by Cigna Corporation.

2  2.  Publicly held company or corporation that owns ten percent (10%) or more of Subject

3  Corporation's stock: Cigna Corporation