Joseph G. Adams (#018210)
Bradley R. Pollock (#033353)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
bpollock@swlaw.com
*Attorneys for Defendant Pinnacle West Capital Corporation Group Life and Medical Plan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatriz Adame, as mother of G. F. a minor child,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle West Capital Corporation Group Life and Medical Plan; Express Scripts, Inc., as Plan Administrator of the Pinnacle West Capital Corporation Group Life and Medical Plan,<br><br>Defendants. | No. 2:20-cv-00273-DLR<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Beatriz Adame, Defendants Pinnacle West Capital Corporation Group Life and Medical Plan and Express Scripts, Inc. hereby stipulate and agree to dismissal of all claims in this action, with each party to bear their own respective attorneys' fees and costs.

A proposed order of dismissal is submitted with this stipulation.

DATED this 23rd day of April, 2021.

SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
Joseph G. Adams
Bradley R. Pollock
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendant Pinnacle West Capital Corporation Group Life and Medical Plan*

HUSCH BLACKWELL LLP

By: s/ Brian Hembd *w/permission*
Melissa Baris
Brian Hembd
2415 East Camelback Road, Suite 420
Phoenix, Arizona 85016
*Attorneys for Defendant Express Scripts, Inc.*

SCHIFFMAN LAW OFFICE, P.C.

By: s/ Stanley R. Foreman, Jr. *w/permission*
Lisa Counters
4506 N 12th Street
Phoenix, Arizona 85014-4246

Stanley R. Foreman, Jr.
1822 W. Bonanza Dr.
Phoenix, Arizona 85085

*Attorneys for Plaintiff*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

                                              s/ Mandy Garsha