# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Beatriz Adame,

    Plaintiff,

v.

Pinnacle West Capital Corporation Group Life & Medical Plan, et al.,

    Defendants.

No. CV-20-00273-PHX-DLR

**ORDER**

The Court having reviewed the parties' Stipulation for Dismissal (Doc. 29), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 26th day of April, 2021.

Douglas L. Rayes
United States District Judge